UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LINDOW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONICA PERKINS, et al.,<br><br>　　　　Defendants. | Case No. 5:17-cv-02782-HRL<br><br>**ORDER DISMISSING CASE[1]** |

The court issued an order directing plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction. (Dkt. 9). Defendants subsequently moved to dismiss. (Dkt. 10). Plaintiff did not oppose the motion to dismiss; and, at the September 19, 2017 show cause hearing he stated that he wished to dismiss this case. Accordingly, this action is dismissed, each side to bear its own fees and costs. The clerk shall close this file.

SO ORDERED.

Dated: September 19, 2017

　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] All parties have expressly consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned. 28 U.S.C. § 636(c); Fed. R. Civ. P. 73.